UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE: Gary M Gilliam, Jr.            CHAPTER 13

Kayla H Gilliam            CASE NO. 24-61323

## MOTION TO SUBSTITUTE COUNSEL

Comes now the Debtors, by Debtors and moves the Court as follows:

1. That the Debtors filed a Chapter 13 Bankruptcy on November 29, 2024.

2. That the Debtors originally employed Kimberly Yancy Brooks to represent them in their Chapter 13 Bankruptcy and would now like to employ Stephen E. Dunn as substitute counsel.

Wherefore, the Debtors moves the Court for a Substitution of Counsel.

Dated: 02/12/25

/s/ Gary M Gilliam, Jr.

/s/ Kayla H Gilliam

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

IN RE: Gary M Gilliam, Jr.                                    CHAPTER 13

Kayla H Gilliam                                               CASE NO. 24-61323

    Debtor(s)

**NOTICE OF HEARING ON MOTION TO SUBSTITUTE COUNSEL**

    Please take notice that Counsel for the above-named Debtor(s) filed a Motion To Substitute Counsel, true copies of which are attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for approval on February 13, 2025 at 9:30 am., or as soon thereafter as the parties may be heard by Video Conferencing https://vawb-uscourts-gov.zoomgov.com/j/1603692643; Meeting Id: 160 369 2643 to obtain video access instructions and Zoom access information.

I do hereby certify that a copy of this Notice and Motion have been sent to the Chapter 13 Trustee by ECF Mail, to the Debtors' counsel by electronic mail on the after mentioned date.

Dated:  2/12/2025                                              Gary M Gilliam, Jr.
                                                            Kayla H Gilliam
                                                            /s/ Stephen E. Dunn
                                                            Of Counsel

Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com